**Felicia N. JONES, Plaintiff–Appellant**

v.

**UNITED STATES POSTAL SERVICE, Defendant–Appellee.**

No. 15–20175
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

June 17, 2015.

Felicia N. Jones, Houston, TX, pro se.

Before SMITH, WIENER, and ELROD, Circuit Judges.

PER CURIAM: *

Proceeding pro se, Plaintiff–Appellant Felicia N. Jones appeals the February 20, 2015 Order of the district court denying her leave to file her proposed negligence complaint based on the Federal Employer's Liability Act and denying her application to proceed in district court without prepaying fees or costs. She also appeals the district court's March 16, 2015 Order denying reconsideration of her Motion for Leave to File.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

We have reviewed the entire record on appeal, including Appellant's brief and the district court's rulings. Our review satisfies us that the district court's Orders should be affirmed and that; like her filings in district court, Appellant's appeal is wholly without merit and is therefore legally frivolous. Further, Appellant is warned that any future efforts to continue this litigation in the district court or in this court could result in sanctions.

AFFIRMED, with sanctions warning.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.